UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD THOMAS RAY, III,
KELLY RAY,
    Plaintiffs,

Case No.: 17-cv-13154

v.

Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

EQUITYEXPERTS.ORG, LLC,
    Defendant.
_____

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC ONLY, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant EquityExperts.Org, LLC, only, with prejudice and without attorney's fees or costs to either party.

/s/Gary D. Nitzkin
Gary D. Nitzkin (P41155)
22142 West Nine Mile Road
Southfield, MI 48034
Attorney for Plaintiff,
Richard Post
248.353.2882
gary@crlam.com

/s/ Katrina DeMarte
Katrina Demarte (P81476)
Attorney for Defendant,
Equity Experts
39555 Orchard Lake Rd.
Ste. 600 OMB 6338
Novi, MI 48375
(313) 509-7047
Katrina@demartelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2020, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Gary D. Nitzkin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RICHARD THOMAS RAY, III,
KELLY RAY,
    Plaintiffs.

Case No.: 17-cv-13154

v.

Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

EQUITYEXPERTS.ORG, LLC,
    Defendant.

_____

### ORDER OF DISMISSAL
### WITH PREJUDICE AS TO EQUITYEXPERTS.ORG, LLC, ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiffs claims against Defendant EquityExperts.Org, LLC, only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant EquityExperts.Org, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

SO ORDERED.

Dated: April 15, 2020
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge